THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ANTHONY NADILE, Appellant.

Argued December 3, 1941; decided January 15, 1942.

*Richard P. Byrne, D. Charles O'Brien* and *Joseph L. Petrunick* for appellant.

*Donald M. Mawhinney, District Attorney* (*Clarence Unckless* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. RIPPEY, J., dissents and votes to reverse the judgment of conviction and to order a new trial on the ground that errors in the admission of evidence and in the charge are of such a serious nature that in his opinion they affect the substantial rights of the defendant and cannot be disregarded under section 542 of the Code of Criminal Procedure.